# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



MAXIMO VILLALOBOS, ET AL

    VS.

NORTH CAROLINA GROWERS ASSOCIATION, ET AL

CIVIL NO. 97-1589 (JAF)

RECEIVED & FILED
00 JAN 12 AM 11:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

**DATE FILED:** 12/28/99   **DOCKET #:** 54   **TITLE:** MOTION by All Plaintiffs for George Hausen to Appear Pro Hac Vice. Filing Fee $ 150.00 Receipt # 106027

[x] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

[X] GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

1/10/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

56

c/c: G. Hausen / Amy Hpkits