## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, ET AL

    VS.

NORTH CAROLINA GROWERS ASSOCIATION,
ET AL

CIVIL NO. 97-1589 (JAF)

---

### DESCRIPTION OF MOTION

DATE FILED: 12/10/99   DOCKET #: 49   TITLE: MOTION by All Defendants for Amy M. Habib to Appear Pro Hac Vice. PHV Fee in the amt of $150.00 (Receipt #106027)

[ ] Plaintiff(s)
[x] Defendant(s)

---

### O-R-D-E-R

[X] GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER:

---

3/10/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE