IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO




MAXIMO VILLALOBOS, ET AL

VS.

NORTH CAROLINA GROWERS'
ASSOCIATION, ET AL

CIVIL NO. 97-1589 (JAF)

---

**DESCRIPTION OF MOTION**

DATE FILED: 3/8/00   DOCKET: 62

[ ] Plffs.   [X] Defts.

TITLE: MOT. FOR PROTECTIVE ORDER TO PRECLUDE PLTFS WHO HAVE NOT BEEN DEPOSED FROM ATTENDING OTHER PLTFS DEPOSITIONS

---

O-R-D-E-R

Granted.

DATE: 3/10/2000

JOSE A. FUSTE
U.S. DISTRICT JUDGE