## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



MAXIMO VILLALOBOS, ET AL

    VS.

NORTH CAROLINA GROWERS ASSOCIATION, ET AL

CIVIL NO. 97-1589 (JAF)

---

### DESCRIPTION OF MOTION

DATE FILED: 03/14/00  DOCKET #: 66  TITLE: MOTION by Wilson Morales |for Julio Lopez-Keelan from Servicios Legales de PR to Withdraw as Attorney|

[x] Plaintiff(s)
[ ] Defendant(s)

---

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Granted. If Wilson Morales fails to make an appearance through counsel within 30 days, his case will be dismissed. Movant counsel to send a copy of this order to Mr. Morales, cert. mail, return receipt requested (10 days) with copy to court.

---

4-10-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

72

8