# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



MAXIMO VILLALOBOS, ET AL

    VS.

NORTH CAROLINA GROWERS ASSOCIATION,
ET AL

CIVIL NO. 97-1589 (JAF)

## DESCRIPTION OF MOTION

**DATE FILED:** 03/28/00  **DOCKET #:** 69  **TITLE:** MOTION by All Defendants |to Extend Time until 4/7/00 to opp to plffs' motion for reconsideration|

[ ] Plaintiff(s)
[x] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:** moot

_____  
DATE 4-7-00

JOSE A. FUSTE
U.S. DISTRICT JUDGE