# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



MAXIMO VILLALOBOS, ET AL

    VS.

NORTH CAROLINA GROWERS ASSOCIATION,
ET AL

CIVIL NO. 97-1589 (JAF)

---

## DESCRIPTION OF MOTION

DATE FILED: 03/20/00   DOCKET #: 68   TITLE: MOTION by All Plaintiffs |for Reconsideration of [65-1] order granting defts' motion for protective order|

[x] Plaintiff(s)
[ ] Defendant(s)

---

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Granted*

---

DATE: 4-10-00

JOSE A. FUSTE
U.S. DISTRICT JUDGE