IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MAXIMO VILLALOBOS, ET AL

VS.

NORTH CAROLINA GROWERS ASSOCIATION,
ET AL

CIVIL NO. 97-1589 (JAF)

---

### DESCRIPTION OF MOTION

DATE FILED: 03/29/00    DOCKET #: 70    TITLE: MOTION by Ramon
Rodriguez-Miranda (Plaintiff) |to
Dismiss claims against defts|

[x] Plaintiff(s)
[ ] Defendant(s)

---

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Granted. Judgment to enter dismissing the Complaint by Ramón Rodríguez-Miranda against defendants

DATE: 4-10-00

JOSE A. FUSTE
U.S. DISTRICT JUDGE