ENTERED ON DOCKET PURSUANT
TO PRCP RULES 58 & 79a

4/19/00

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, ET. AL.　　*

　　PLAINTIFFS,　　　　　　　　*

VS.　　　　　　　　　　　　　　*　　　CIVIL NO. 97-1589 (JAF)

NORTH CAROLINA GROWERS　　　　*
ASSOCIATION, ET. AL.
　　　　　　　　　　　　　　　　*
　　DEFENDANTS
------------------------------------------------X

## JUDGMENT

Pursuant to Court's Order, See Docket 75, Judgment is now entered dismissing the complaint by Ramón Rodríguez Miranda against defendants.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 18th day of April, 2000.

　　　　　　　　　　　　　　　　　FRANCES RIOS DE MORAN
　　　　　　　　　　　　　　　　　CLERK OF THE COURT

　　　　　　　　　　　　　　BY:_____
　　　　　　　　　　　　　　　　　REBECCA AGOSTINI - DEPUTY CLERK


