UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, ET AL.,

    Plaintiffs,

v.

NORTH CAROLINA GROWERS
ASSOCIATION, INC., et al.,

    Defendants.

Civil No. 97-1589 (JAF)

RECEIVED & FILED
00 APR 24 PH 6:30
U.S. DISTRICT COURT
SAN JUAN, P.R.

**O R D E R**

    Mary Lee Hall, counsel for plaintiffs, has moved for a protective order disallowing the taking of her deposition and quashing the subpoena duces tecum with which she has been served. Since the subpoena notices the deposition to commence on April 25, 2000, Ms. Hall also requests an expedited ruling or, in the alternative, a stay of deposition until the court has had an opportunity to conduct a full review of the matters raised. The motion is supported by good cause.

    We **ORDER** that the deposition of Mary Lee Hall by defendants, as well as the subpoena duces tecum served upon her be **STAYED** until the court has sufficient time to give full consideration to the matters

AO 72
(Rev 8/82)

Civil No. 97-1589 (JAF)                                                          2-

raised in Ms. Hall's motion. This Order in no way comments on the merits of the motion filed.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 24th day of April, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

BY ORDER OF THE COURT:

FRANCES RIOS DE MORAN, CLERK

By: *[signature]*
Sulma López-Defilló
Deputy Clerk

AO 72
(Rev 8/82)