# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



MAXIMO VILLALOBOS, ET AL

    VS.                                     **CIVIL NO.** 97-1589 (JAF)

NORTH CAROLINA GROWERS ASSOC., ET AL

---

### DESCRIPTION OF MOTION

DATE FILED: 4/13/00  DOCKET: 76

[x] Plffs.   [ ] Defts.
Carlos Ruben Rios and Luis Bassatt

TITLE: MOT TO WITHDRAW REPRESENTATION AND EXT TIME TO ANNOUNCE NEW COUNSEL

---

### O-R-D-E-R

Granted. Ten additional days granted to enter new appearance. Otherwise case will be dismissed. Counsel must write to plaintiff with copy to the court advising of contents of the order.

---

5-17-00
DATE

JOSE A. FUSTE
U.S. DISTRICT COURT