IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, ET AL

   VS.

NORTH CAROLINA GROWERS ASSOCIATION,
ET AL

CIVIL NO. 97-1589 (JAF)

---

### DESCRIPTION OF MOTION

| | | |
|---|---|---|
| **DATE FILED:** 04/14/00 | **DOCKET #:** 78 | **TITLE:** MOTION by All Defendants \|requesting that opp to plffs' mot to reconsider tendered on 4/17/00 be regarded as a motion for reconsideration of court order of 4/10/00 \| |
| [ ] Plaintiff(s) | | |
| [x] Defendant(s) | | |

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: _After much thought I will allow the original protective order to stand._

---

5-17-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(97)