Case 3:97-cv-01589-JAG    Document 98    Filed 05/19/2000    Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



MAXIMO VILLALOBOS, ET AL

    VS.

NORTH CAROLINA GROWERS ASSOCIATION, ET AL

CIVIL NO. 97-1589 (JAF)

---

## DESCRIPTION OF MOTION

| | | |
|---|---|---|
| DATE FILED: 04/25/00 | DOCKET #: 85 | TITLE: MOTION by All Defendants for Leave to File Memorandum in excess of 10 pages in length in opp to plffs' mot for protective order and to quash the supoena issued to depose Mary Lee Hall |
| [ ] Plaintiff(s) | | |
| [x] Defendant(s) | | |

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *I am granting Ms Hall's request for a protective order at this time.*

---

5-17-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE