# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



MAXIMO VILLALOBOS, ET AL

VS.

NORTH CAROLINA GROWERS ASSOCIATION, ET AL

CIVIL NO. 97-1589 (JAF)

## DESCRIPTION OF MOTION

DATE FILED: 04/19/00    DOCKET #: 81    TITLE: MOTION by All Plaintiffs for Leave to Subpoena witness Santos Orellana for a second deposition

[x] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Granted*

---

5-17-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(99)

10