## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



MAXIMO VILLALOBOS, ET AL

VS.

CIVIL NO. 97-1589 (JAF)

NORTH CAROLINA GROWERS ASSOCIATION,
ET AL

---

### DESCRIPTION OF MOTION

**DATE FILED:** 04/25/00   **DOCKET #:** 86   **TITLE:** MOTION by All Defendants for W. Randolph Loftis to Appear Pro Hac Vice. Filing Fee $ pending

[ ] Plaintiff(s)
[x] Defendant(s)

---

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: _allowed_

---

5-17-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE