# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



MAXIMO VILLALOBOS, ET AL

VS.

CIVIL NO. 97-1589 (JAF)

NORTH CAROLINA GROWERS ASSOCIATION,
ET AL

## DESCRIPTION OF MOTION

**DATE FILED:** 05/01/00   **DOCKET #:** 91   **TITLE:** MOTION by All Plaintiffs to Extend discovery until 5/31/00

[x] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:** _Granted_

_5-17-00_
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

101