IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MAXIMO VILLALOBOS, ET AL

VS.

CIVIL NO. 97-1589 (JAF)

NORTH CAROLINA GROWERS ASSOCIATION,
ET AL

## DESCRIPTION OF MOTION

**DATE FILED:** 05/02/00  **DOCKET #:** 92  **TITLE:** MOTION by Mary Lee Hall for Leto Copeley to Appear Pro Hac Vice Filing Fee $ 150.00 Receipt # 108533

[ ] Plaintiff(s)
[ ] Defendant(s)
[x] Others

### O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *Granted*

5-17-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

103