UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, ET AL.,

    Plaintiffs,

v.

NORTH CAROLINA GROWERS
ASSOCIATION, INC., ET AL.,

    Defendants.

Civil No. 97-1589 (JAF)

## ORDER

The Judges have agreed to the reassignment of forty-five cases to the docket of the Honorable Jay García-Gregory, who will take the oath of office effective August 1, 2000.

Pursuant to the above, the present case is assigned to the docket of Judge García-Gregory.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 6th of July, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge