UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: JULY 20, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**                **CASE NO. CIVIL 97-1589**

================================================================

MAXIMO VILLALOBOS ET ALS                Attorneys:
                                        For Plaintiffs:

            VS
                                        For Defendant:
NORTH CAROLINA GROWER
ASSOCIATION ET ALS

================================================================

By Order of the Court the above-mentioned case is hereby set for a status conference on **Thursday, August 10, 2000 at 4:00 PM.** Parties to be notified.

                                        _____
                                             LILY ALICEA
                                             COURTROOM DEPUTY