UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
**MIUTES OF PROCEEDINGS:**                        DATE:AUGUST 11, 2000
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY:  Lily **ALICEA**            CASE NO.CIVIL 97-1589
==================================================================
MAXIMO VILLALOBOS                        Attorneys:
                                         For Plaintiffs:JULIO LOPEZ
                                         KEELAN, IVONNE OLMO,
                                         ARMANDO CARDONA ACABA

              VS

                                         For Defendant:
NORTH CAROLINA GROWER                    CHRISTINE COOPER
ASSOCIATION ET ALS                       LUIS ORTIZ ABREU
                                         VIVIAN NUNEZ
==================================================================

Case called for status conference.  Each party states their theory of the case.

Defendant's have filed a partial motion for summary judgment which will be opposed by plaintiffs by August 17, 2000. Plaintiff sates that they are having problems with the translations of the documents and the Court stated that they can be filed as they are completed.  As to defendant's motion to dismiss as to some of the plaintiffs the same will be answered by plaintiff by next Monday, August 14, 2000.

The issue raised by defendant's as to the conversations had with the some of the plaintiffs, when they arrived in the states, with the attorneys will be worked out between the parties.

By August 18, 2000 defendant's will answer plaintiff's motion to strike affirmative defenses. Defendant has until August 25,2000 to reply.

Court informs the parties that the summary judgment  and the pending discovery motions will be referred to the Magistrate for Report and Recommendation.  Minutes to be notified to the parties.

_____
LILY ALICEA-COURTROOM DEPUTY