UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**   DATE:AUGUST 24, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**   **CASE NO.CIVIL 97-1589**

================================================================

MAXIMO VILLALOBOS                                    Attorneys:
                                                     For Plaintiffs:

         VS
                                                     For Defendant:
NORTH CAROLINA GROWERS
ASSOCIATION, ET AL

================================================================

Defendants have filed a motion on August 18, 2000, #137 requesting clarification of the status conference minutes. The motion is hereby granted and the minutes are amended to reflect that the date of August 25 granted by the Court was to indicate whether they would be filing a reply to the motion for summary judgment and to seek leave to reply the same.

Parties to be notified.

           _____
           LILY ALICEA
           COURTROOM DEPUTY