IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 SEP -6 AM 8 33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MAXIMO VILLALOBOS, et al.,

Plaintiff

v.                                              CIVIL 97-1589 (JAG)

NORTH CAROLINA GROWERS
ASSOCIATION, INC., et al.,

Defendants

# ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion to Withdraw as Counsel, 06-08-00. | 109 | Granted now for then. |
| Defendants' Motion for Leave to File Reply to Plaintiffs' Opposition to Defendants' Motion to Compel, 06-22-00. | 111 | Granted. |
| Motion to Extend Trial Date, 06-27-00. | 112 | Moot. |
| Motion for Leave to File Some of Exhibits to Defendants' Motion for Summary Judgment in Spanish, 06-30-00. | 116 | Granted. |
| Plaintiffs' Motion for an Extension to Respond to Defendants' Motion for Summary Judgment (Local Rule 311(14)), 07-12-00. | 120 | Granted. |

CIVIL 97-1580 (JAG)                    3

| | | |
|---|---|---|
| Motion for Leave to File Reply to Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment and for Enlargement fo Time to File Same, 08-28-00. | 144 | Granted. |
| Defendant's Motion for Leave to File Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss Claims of Certain Plaintiffs Pursuant to Fed. R. Civ. P. 37 and 41(b), 08-28-00. | 145 | Granted. |
| Plaintiffs' Motion for Leave to File Reply to Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' Claims Under 29 U.S.C. § 1821(a) for Failure to Disclose Whether Plaintiffs Were Covered by Unemployment Compensation, 08-28-00. | 146 | Granted. |
| Plaintiffs' Motion for Leave to File Reply to Defendants' Opposition to Plaintiffs Motion for Partial Summary Judgment on Liability on Plaintiffs' Claims Under 29 U.S.C. § 1821(d)(1) for Failure to Comply With Recordkeeping Requirements and 29 U.S.C. § 1821(d)(2) for Failure to Provide Itemized Wage Statements Against Defendants Robert Farmer and Morris Murphy Pursuant to Fed. Civ. Pro. R. 56 [sic], 08-28-00. | 147 | Granted. |

CIVIL 97-1580 (JAG)                    2

| Plaintiffs' Motion for Extension to Respond to Defendants' Motion to Dismiss Claims of Certain Plaintiffs and for Sanctions Pursuant to Fed. R. Civ. P. 37 and 41(b), 07-12-00. | 121 | Granted. |
|---|---|---|
| Plaintiffs' Motion for an Extension to Respond to Defendants' Motion for Summary Judgment (Local Rule 311(14)), 07-13-00. | 123 | Granted. |
| Motion for Enlargement of Time to Appose Various Motions Filed by Plaintiffs and to File Proposed Pretrial Order, 07-14-00. | 124 | Moot. |
| Joint Motion to Extend Term to File Proposed Pretrial Order, 07-19-00. | 126 | Granted. |
| Defendants' Motion for Leave to File Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss Claims of Certain Plaintiffs Pursuant to Fed. R. Civ. P. 37 and 41(b), 07-20-00. | 128 | Granted. |
| Motion for Extension of Time to Respond to Defendants' Motion to Dismiss Certain Plaintiffs and for Sanctions Pursuant to Fed. R. Civ. P. 37 and 41(b), 07-24-00. | 129 | Granted. |
| Motion Requesting Extension of Time to File Response to Defendants' Motion for Summary Judgment, 08-17-00. | 138 | Granted. |
| Plaintiff's Motion for an Extension of Time to Submit an Affidavit, 08-21-00. | 140 | Granted. |

CIVIL 97-1580 (JAG)                                          4

| Plaintiffs' Motion for Leave to File Reply to Defendants' Opposition to Plaintiffs' Motion to Strike Affirmative Defenses of Unclean Hands and Fraud, 08-28-00. | 148 | Granted. |
|---|---|---|
| Motion for Leave to Reply to Defendants' Response to Plaintiffs' Motion for Partial Summary Judgment on Liability on Plaintiffs' Claims Under 29 U.S.C. § 1822(c) for Failure to Comply With the Working Arrangement by Failing to Provide Field Sanitation Facilities Against Defendants Ernest Evans, Phillip Aycock et al., O.G. Douglas et al., and randy Rosser Pursuant to Fed. Civ. Pro. R. 56(a), 08-28-00. | 149 | Granted. |

In San Juan, Puerto Rico, this 5th day of September, 2000.

JUSTO ARENAS
United States Magistrate Judge