UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, ET AL

   Plaintiff(s)

   v.                               CIVIL NUMBER: 97-1589 (JAG)

NORTH CAROLINA GROWER'S
ASSOCIATION, ET AL

   Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 08/31/00<br>Title: Motion for Leave to Substitute Exhibit Filed in Spanish<br>Docket: 150<br>[ ] Plffs   [x] Defts   [ ] Other | GRANTED. |

| MOTION | ORDER |
|---|---|
| Date Filed: 08/31/00<br>Title: Motion for Leave to Include Translation of Exhibit Filed in Spanish<br>Docket: 151<br>[ ] Plffs   [x] Defts   [ ] Other | GRANTED. |

Date: 09/06/00

JAY A. GARCIA-GREGORY
U.S. District Judge