IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, et al.,

Plaintiff

v.                                                                    CIVIL 97-1589 (JAG)

NORTH CAROLINA GROWERS
ASSOCIATION, INC., et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
| --- | --- | --- |
| Informative Motion, 09-06-00. | 157 | Noted. |
| Motion Submitting Affidavit, 09-08-00. | 159 | Granted. |
| Informative Motion Concerning the Interrogatory Responses of Plaintiff Rafael Vélez, 09-15-00. | 160 | Noted. |

In San Juan, Puerto Rico, this 22nd day of September, 2000.

JUSTO ARENAS
United States Magistrate Judge