IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, et al.,

Plaintiff

v.                                                          CIVIL 97-1589 (JAG)

NORTH CAROLINA GROWERS
ASSOCIATION, INC., et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion for Leave to Include Translation of Exhibit Filed in Spanish, 09-29-00. | 164 | Granted. |
| Informative Motion Concerning Plaintiffs' Statements Regarding the Interrogatory Responses of Plaintiff Rafael Vélez, 10-03-00. | 165 | Noted. |

In San Juan, Puerto Rico, this 16th day of October, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev. 8/82)