IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MAXIMO VILLALOBOS, et al.,

Plaintiff

v.                                                          CIVIL 97-1589 (JAG)

NORTH CAROLINA GROWERS
ASSOCIATION, INC., et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Plaintiffs' Motion for Leave to File Surresponse to Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Partial Summary Judgment, 10-13-00. | 167 | Granted. |

In San Juan, Puerto Rico, this 17th day of October, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)