IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

| | |
|---|---|
| HONORABLE JUSTO ARENAS | DATE: December 27, 2000 |
| | CIVIL NO. 97-1589 (JAG) |

MAXIMO VILLALOBOS, ET AL.

v.

NORTH CAROLINA GROWERS'
ASSOCIATION, ET AL.

The 73 exhibits which compose the two volumes of the Appendix to the 311.12 statement accompanying defendants' motion for partial summary judgment filed on June 30, 2000 (Docket No. 115) appear to have been misplaced in the court since all efforts to locate them have been futile. Defense counsel has been asked to resubmit these voluminous exhibits which appear to have been filed on June 30, 2000 at 3:28 and 3:29 P.M., minutes after the motion itself. Minutes to be notified.