IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, et al.,

Plaintiff

v.                                        CIVIL 97-1589 (JAG)

NORTH CAROLINA GROWERS
ASSOCIATION, INC., et al.,

Defendants

## O R D E R

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion Requesting Leave to Withdraw Legal Representation, 01-30-01. | 176 | Granted. |

In San Juan, Puerto Rico, this 7th day of February, 2001.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)