IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MÁXIMO VILLALOBOS, et al.,

Plaintiff

v.                                                          CIVIL 97-1589 (JAG)

NORTH CAROLINA GROWERS
ASSOCIATION, INC., et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Defendants' Motion to Reconsider, or in the Alternative, for Protective Order, 05-25-00. | 105 | Denied. |
| Defendants' Motion to Compel Plaintiffs to Respond to Questions Asked During Their Depositions, 06-01-00. | 107 | Granted. |
| Plaintiffs' Request to Overrule Defendants' Objections and Motion to Compel Responses to Requests for Admissions From Defendants, 06-30-00. | 114 | Granted, where not moot by reason of compliance, except as to Robert Hendrix who is deceased. |
| Defendants' Motion for Reconsideration of Plaintiffs' Motion for Leave to File Surresponse to Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Partial Summary Judgment, 10-26-00. | 170 | Denied. |
| Motion Requesting Leave to File Plaintiffs' Depositions in Spanish and Submit the English Translation at a Later Time, 11-16-00. | 173 | Granted. |
| Suggestion of Death, 11-29-00. | 174 | Granted *nunc pro tunc*. |
| Defendants' Motion for Leave to File Surreply to Plaintiffs' Memorandum in Reply to the Defendants' Memorandum in Opposition to Plaintiffs' Motion to Strike Affirmative Defenses of Fraud and Unclean Hands, 03-12-01. | 180 | Granted. |



CIVIL 97-1589 (JAG)                                         2

| Motion to Withdraw as Counsel for Plaintiff William Rodríguez, 05-09-01. | 181 | Granted. |

In San Juan, Puerto Rico, this 23rd day of August, 2001.

JUSTO ARENAS
United States Magistrate Judge