IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, et al.,

Plaintiff

v.                                                          CIVIL 97-1589 (JAG)

NORTH CAROLINA GROWERS
ASSOCIATION, INC., et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Notice of Appearance, 09-07-01. | 188 | Noted. |
| Motion to Withdraw as Counsel for Plaintiff José Ríos Cruz, 09-13-01. | 189 | Granted. |

In San Juan, Puerto Rico, this 17th day of September, 2001.

JUSTO ARENAS
United States Magistrate Judge

