UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 97-1589 (JAG)

NORTH CAROLINA GROWER'S
ASSOCIATION, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/14/01<br>**Title:** Motion for Enlargement of Time to File Objections to Magistrate Judge's Report and Recommendation, etc.<br>**Docket:** 190<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED** as requested. |

Date:  September 21, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

