1    IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF PUERTO RICO

2

3

4    MAXIMO VILLALOBOS, et al.,

5    Plaintiff

6    v.                                                    CIVIL 97-1589 (JAG)

7    NORTH CAROLINA GROWERS
     ASSOCIATION, INC., et al.,

8    Defendants

9    _____

10                              O R D E R

11

12

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Informative Motion, 09-25-01. | 193 | Granted. |

13

14   In San Juan, Puerto Rico, this 1st day of October, 2001.

15

16

17                              JUSTO ARENAS
                          United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

