IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, et al.,

Plaintiff

v.                                         CIVIL 97-1589 (JAG)

NORTH CAROLINA GROWERS
ASSOCIATION, INC., et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion to Withdraw From Representation, 10-05-01. | 195 | Granted. |

In San Juan, Puerto Rico, this 11th day of October, 2001.

JUSTO ARENAS
United States Magistrate Judge