UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, ET AL

    **Plaintiff(s)**

        v.                     **CIVIL NUMBER:**   97-1589 (JAG)

NORTH CAROLINA GROWER'S
ASSOCIATION, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/25/01<br>**Title:** Motion for Additional Enlargement of Time to File Objections to Magistrate-Judge's Report and Recommendation, etc.<br>**Docket:** 198<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other** | **GRANTED.** |

Date:  October 30, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge