UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, ET AL

**Plaintiff(s)**

v.                    CIVIL NUMBER: 97-1589 (JAG)

NORTH CAROLINA GROWER'S
ASSOCIATION, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/13/01<br>**Title:** Plaintiffs' Motion for Enlargement of Time to Respond to Defendants' Objections to the Report and Recommendation, etc.<br>**Docket:** 207<br>[x] Plffs   [ ] Defts   [ ] Other | **GRANTED.** |

Date: January 8, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


