UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, ET AL

    Plaintiff(s)

    v.                      CIVIL NUMBER:   97-1589 (JAG)

NORTH CAROLINA GROWER'S
ASSOCIATION, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/11/02<br>**Title:** Plaintiffs' Motion for Additional Enlargement of Time to Respond to Defendants' Objections to the Report and Recommendation, etc.<br>**Docket:** 210<br>[x] **Plffs**    [ ] **Defts**    [ ] **Other** | **GRANTED.** |

Date: January 28, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


