CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 FEB -6 AM 10: 59

RECEIVED AND FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, et al.,

Plaintiff

v.                                                    CIVIL 97-1589 (JAG)

NORTH CAROLINA GROWERS
ASSOCIATION, INC., et al.,

Defendants

ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Plaintiff's Motion to Amend the Pleadings, Fed. R. Civ. P. 15(a), to Add Claims Under 29 U.S.C. § 1822(a) by Three Plaintiffs Against the North Carolina Growers Association Inc. and Certain Grower Defendants, 11-13-01. | 202 | Granted. |

In San Juan, Puerto Rico, this 5th day of February, 2002.

JUSTO ARENAS
United States Magistrate Judge