IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, et al.,

Plaintiff

v.                                                                  CIVIL 97-1589 (JAG)

NORTH CAROLINA GROWERS
ASSOCIATION, INC., et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Plaintiffs' Motion to Amend the Pleadings (Fed. R. Civ. P. 15(a)) to Add Claims Under 29 U.S.C. § 1822(a) by Thirty-Four (34) Plaintiffs Against the North Carolina Growers Association, Inc. and Certain Grower Defendants, 11-06-01. | 201 | Granted. |
| Plaintiffs' Motion for Leave to File Reply to Defendants' Opposition to Plaintiffs' Motion to Amend Pleadings to Add Claims Under 29 U.S.C. § 1822(a) By Thirty-Four Plaintiffs Against the North Carolina Growers Association and Certain Grower Defendants, 12-06-01. | 206 | Granted. |
| Defendants' Motion for Leave to File Surreply to Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion to Amend Pleadings to Add Claims Under 29 U.S.C. § 1822(a) by Thirty-Four Plaintiffs Against the North Carolina Growers Association and Certain Grower Defendants, 12-18-01. | 208 | Granted. |

In San Juan, Puerto Rico, this 28th day of February, 2002.

JUSTO ARENAS
United States Magistrate Judge