UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, ET AL

Plaintiff(s)

v.   CIVIL NO.   97-1589 (JAG)

NORTH CAROLINA GROWER'S
ASSOCIATION, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/22/02<br>**Title:** Motion for Leave to File Reply to Opposition to Plaintiffs' Response to Defendants' Objections to Magistrate-Judge's Report and Recommendation, etc.<br>**Docket:** 214<br><br>[ ] **Plffs**   [X] **Defts**   [ ] **Other** | **GRANTED.** |

Date: March 5, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge



