
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



MAXIMO VILLALOBOS, ET AL

**Plaintiff(s)**

v.                                          CIVIL NO.   97-1589 (JAG)

NORTH CAROLINA GROWER'S
ASSOCIATION, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/23/02<br>**Title:** Plaintiffs' Motion for Leave to File Reply Sur-Reply, etc.<br>**Docket:** 224<br><br>[ ] Plffs   [X] Defts   [ ] Other | **DENIED.** |

Date:  May 7, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge



