IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, et al

**Plaintiff(s)**

v.                                    CIVIL NO. 97-1589 (JAG)

NORTH CAROLINA GROWER'S
ASSOCIATION, et al

**Defendant(s)**

---

**ORDER**

This case is referred to Magistrate-Judge J. Antonio Castellanos for mediation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 6th day of September 2002.

JAY A. GARCIA-GREGORY
United States District Judge

