IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, et als.

    **Plaintiffs**

    v.                        CIVIL NO. 97-1589 (JAG)

NORTH CAROLINA GROWERS
ASSOCIATION, INC., et als.

    **Defendants**

---

### MEMORANDUM AND ORDER

Pending before the Court are defendants' objections to Magistrate Judge Justo Arenas' Report and Recommendation. (Docket No. 187.) The Magistrate Judge recommends that defendants' motion for partial summary judgment be **DENIED** (Docket No. 115) and that co-plaintiff Jose Enrique Lugo's claim for retaliation be **DISMISSED**. All parties previously have been furnished copies of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Section 636(b)(1), Title 28, United States Code.

The Court shall, therefore, make a _de novo_ review of the Report and Recommendation. Upon consideration, of the Magistrate Judge's extensive Report and Recommendation, all objections thereto filed by the parties and upon the Court's independent examination



of the record, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and incorporates it by reference in this Order. Defendants' motion for partial summary judgment be **DENIED** (Docket No. 115) and that co-plaintiff Jose Enrique Lugo's claim for retaliation be **DISMISSED**..

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of September 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge