

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, et als.

**Plaintiffs**

                                                      **CIVIL NO. 97-1589 (JAG)**

v.

NORTH CAROLINA GROWERS
ASSOCIATION, INC., et als.

**Defendants**

---

## MEMORANDUM AND ORDER

Pending before the Court are plaintiff's objections to Magistrate Judge Justo Arenas' Report and Recommendation. (Docket No. 218.) The Magistrate Judge recommends that plaintiffs' motion to strike defendants' affirmative defenses of fraud and unclean hands be **DENIED** (Docket No. 179). All parties previously have been furnished copies of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Section 636(b)(1), Title 28, United States Code.

The Court shall, therefore, make a <u>de novo</u> review of the Report and Recommendation. Upon consideration, of the Magistrate Judge's Report and Recommendation, all objections thereto filed by the parties and upon the Court's independent examination of the record, the Court **ADOPTS** the Magistrate Judge's Report and




Recommendation and incorporates it by reference in this Order. Plaintiffs' motion to strike defendants' affirmative defenses of fraud and unclean hands is **DENIED** (Docket No. 179).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of September 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge