IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MAXIMO VILLALOBOS, et als.

    **Plaintiffs**

    v.                                      **CIVIL NO. 97-1589 (JAG)**

NORTH CAROLINA GROWERS
ASSOCIATION, INC., et als.

    **Defendants**

---

**PARTIAL JUDGMENT**

In accordance with the Memorandum and Orders issued today, the Court enters partial judgment dismissing co-plaintiffs Flor Lugo Torres' and Wilson Morales' claims with prejudice. Co-plaintiff Jose Enrique Lugo's claim for retaliation is also dismissed.

Partial summary judgment is entered in favor of co-plaintiff Abraham Garayua and against of co-defendants O.G. Douglas, G.C. Douglas and Paul Douglas for failing to comply with the Occupational Safety and Health Administration's ("OSHA") field sanitation standards, 29 C.F.R. § 1928.110.

Partial summary judgment is entered in favor of co-plaintiffs Heriberto Alvarez and Luis Angel Alvarez and against of co-defendant Phyllip Aycock for failing to comply with OSHA's field sanitation standards, 29 C.F.R. § 1928.110.

Partial summary judgment is entered in favor of co-plaintiff Heriberto Cruz and against of co-defendant Earnest Evans for failing to comply with OSHA's field sanitation standards, 29 C.F.R. § 1928.110.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of September 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge