IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, ET AL.,

Plaintiffs,

v.    CIVIL NO. 97-1589(JAG)

NORTH CAROLINA GROWER'S
ASSOCIATION, ET AL.

Defendants.

## TELEPHONE CONFERENCE REPORT

A telephone conference was held today with counsel Julio M. López Keelan and Luis D. Ortiz Abreu.

The parties were informed that a settlement conference will be held on **September 17, 2002**, at 10:00 am. They have no objection to this scheduling, thus no further notification becomes necessary.

In San Juan, Puerto Rico, this 6th day of September, 2002.

J. ANTONIO CASTELLANOS
United States Magistrate Judge



AO 72
(Rev 8/82)