IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILLALOBOS, ET AL.,

    Plaintiffs,

    v.                        CIVIL NO. 97-1589(JAG)

NORTH CAROLINA GROWER'S
ASSOCIATION, ET AL.

    Defendants.

## SETTLEMENT CONFERENCE REPORT

Present were: Counsel Julio López Keelan, Ricardo Alfonso, Armando Cardona, and Luis Ortiz Abreu.

The case has been settled in principle. The parties were granted ten (10) days to file settlement papers since there are still some areas that need further discussion.

In San Juan, Puerto Rico, this 18th day of September, 2002.

J. ANTONIO CASTELLANOS
United States Magistrate Judge

