UNITED STATES DISTRICT OF PUERTO RICO
DISTRICT OF PUERTO RICO

Maximo Villalobos et al.

vs.

North Carolina Growers Association Inc. et al

CIVIL NO. 97-1589 (JAG)

## DESCRIPTION OF MOTION

Date Filed: 10/1/02  Docket: 241  Title: Joint Motion to Extend Term to File Stipulation for Voluntary Dismissal of Claims with Prejudice

☒ Plaintiff(s)  ☒ Defendant(s)  ☐ Other

## ORDER

☒ Granted  ☐ Moot
☐ Denied  ☐ Noted

Granted. This extension of time is final.

10/7/2002
Date

Jay A. García-Gregory
U.S. District Judge