UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'02 OCT 18 PM 12:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

MAXIMO VILALOBOS ET AL.
    Plaintiff(s)

v.                                CIVIL NO.   97-1589 (JAG)

NORTH CAROLINA GROWERS
ASSOCIATION INC. ET AL.
    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/10/02<br>**Title:** Stipulation of Voluntary Dismissal of Claims with Prejudice<br>**Docket(s):**243<br><br>X Plaintiffs    ☐ Third Party<br>X Defendant(s)    ☐ Other | Parties' motion for voluntary dismissal with prejudice is hereby GRANTED. Judgment is entered in accordance with the parties' confidential stipulation. |

Date:                                            JAY A. GARCIA-GREGORY
                                            United States District Judge

s/cs:to (11)
attys/pts
in ICMS

10/18/02