UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*MAXIMO VILLALOBOS, et al.*

Plaintiffs,

v.   CIVIL NO. 97-1589 (JAG)

*NORTH CAROLINA GROWERS ASSOCIATION, INC., et al.*   CIVIL ACTION

Defendants.

**JUDGMENT OF DISMISSAL WITH PREJUDICE**

The parties, through their respective counsels, have conferred and stipulated under Fed. R. Civ. P. 41(a)(1) to voluntarily dismiss this action with prejudice pursuant to a certain Stipulation which the parties have expressed has been privately executed by the parties, and which the parties assert that contains a confidentiality clause.

WHEREFORE, it is ORDERED and ADJUDGED that this action be dismissed with prejudice, each party to bear their own costs and attorneys' fees. As requested by the parties this JUDGMENT is final and unappealable from the date that it is notified by the Clerk of the Court.

DONE AND ORDERED this 16 day of October 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge

Copies to:
Julio López-Keelan, Esq.
Ivonne M. Olmo-Rios, Esq.
Mary Lee Hall, Esq.
Luis D. Ortiz Abreu, Esq.
Monte B. Lake, Esq.