UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMO VILALOBOS ET AL.
    **Plaintiff(s)**

v.                                              CIVIL NO.   97-1589 (JAG)

NORTH CAROLINA GROWERS
ASSOCIATION INC. ET AL.
    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 9/11/02<br>**Title:** Motion<br>**Docket(s):** 237 | GRANTED. |

**X Plaintiffs**     ☐ Third Party
☐ **Defendant(s)**    ☐ Other

Date: 10.24.02

JAY A. GARCIA-GREGORY
United States District Judge